JULIAN PRZECZEWSKI, Respondent, *v.* JOSEPH BARDSLEY et al., Appellants.

Reported below, 138 App. Div. 907.
(Submitted May 29, 1911; decided June 6, 1911.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 23, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants, his employers.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and the exceptions frivolous.

*Julius H. Cohn* for motion.

*Herbert Noble* opposed.

Motion denied, with ten dollars costs.